# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBROSIO VILLAGRANA, | ) 1:06-cv-01797-OWW-TAG HC |
| | ) |
| | ) ORDER ADOPTING FINDINGS AND |
| Petitioner, | ) RECOMMENDATION (Doc. 8) |
| | ) |
| v. | ) ORDER DISMISSING PETITION FOR WRIT |
| | ) OF HABEAS CORPUS (Doc. 1) |
| | ) |
| ADAMS, Warden, | ) ORDER DIRECTING CLERK OF COURT |
| | ) TO ENTER JUDGMENT |
| | ) |
| Respondent. | ) |
| | ) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 6, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the petition for writ of habeas corpus be dismissed for failure to state a claim upon which habeas relief could be granted. (Doc. 8).  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order.  On January 2, 2008, Petitioner filed his objections. (Doc. 9).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

1

a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 6, 2007 (Doc. 8), is ADOPTED IN FULL;
2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   February 29, 2008**             /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE