

**FILED**

MAR 25 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

AMBROSIO VILLAGRANA,

vs.

ADAMS,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:06-CV-1797 OWW/TAG HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____ Granted for the following reason:

_____
_____
_____
_____

__X__ Denied for the following reason:

ALLEGED IMPROPER PRISONER CLASSIFICATION AS GANG MEMBER NOT REDRESSABLE BY HABEAS CORPUS.

Dated: 2-25-08

OLIVER W. WANGER
United States District Judge